UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SIMS,<br><br>    Plaintiff,<br><br>    v.<br><br>EMMANUEL,<br><br>    Defendant.<br>_____/ | 1:13-cv-00537-DLB (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(DOCUMENTS 2, 3) |

Plaintiff Robert Sims, a civil detainee proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 15, 2013. Plaintiff seeks leave to proceed in forma pauperis. Good cause having been shown, Plaintiff's motion to proceed in forma pauperis is HEREBY GRANTED, Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000), and Plaintiff's complaint will be screened in due course, 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS SO ORDERED.

Dated:    April 18, 2013                    /s/ Dennis L. Beck
                                            UNITED STATES MAGISTRATE JUDGE