# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SIMS, <br><br>          Plaintiff, <br><br>     vs. <br><br> EMMANUEL, <br><br>          Defendant. | 1:13cv00537 DLB PC <br><br> ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED <br><br> **THIRTY DAY DEADLINE** |

Plaintiff Robert Sims ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed this action on April 15, 2013.

On December 4, 2013, the Court screened Plaintiff's complaint and found that it states a claim against Defendant Lynyamma Emmanuel for excessive force in violation of the Fourteenth Amendment. Plaintiff was ordered to return service documents within thirty (30) days. Over thirty (30) days have passed and Plaintiff has failed to comply with the order.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to follow a Court order and failure to prosecute. Plaintiff SHALL file a response to this order within **THIRTY (30) days** of the date of service of this order. Plaintiff may also comply with this order by submitting service documents pursuant to the December 4, 2013, order.

1

**The failure to comply with this order, or the failure to show good cause, will result in dismissal of this action.**


IT IS SO ORDERED.

   Dated:   **January 21, 2014**                                   /s/ *Dennis L. Beck*
                                                                                     UNITED STATES MAGISTRATE JUDGE